IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANITA F. GOEBEL, | § |
| Plaintiff, | § § § § |
| v. | §  Civil Action No. 3:02-CV-2750-M § |
| COMMISSIONER OF SOCIAL SECURITY, | § § § |
| Defendant. | § § |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate on Plaintiff's *Motion for Summary Judgment*, filed May 22, 2003, and Commissioner's *Cross-Motion for Summary Judgment*, filed June 18, 2003. Objections were filed, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. Other than the Objection at page 2, the Objections are overruled. The Objection at page 2, noting that Plaintiff was represented at the hearing before the ALJ not by an attorney, but by a non-attorney representative, is sustained. However, that fact makes no difference in the summary judgment issues. The Court otherwise accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

Plaintiff's *Motion for Summary Judgment*, filed May 22, 2003, is **DENIED**.

Commissioner's *Cross-Motion for Summary Judgment*, filed June 18, 2003, is **GRANTED**.

SIGNED this 31st day of August, 2005.

_____
Barbara M. G. Lynn
UNITED STATES DISTRICT JUDGE